CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

APR 26 2013

JULIA ... CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CABELL RIFFE CLATTERBAUGH, | ) ) ) | Civil Action No. 7:12cv00471 |
| Petitioner, | ) ) ) | **§ 2254 FINAL ORDER** |
| v. | ) ) | |
| HAROLD W. CLARKE, | ) ) | By: Samuel G. Wilson |
| Respondent. | ) | United States District Judge |

In accordance with the memorandum opinion entered on this date, it is **ORDERED** and **ADJUDGED** that respondent's motion to dismiss is **GRANTED,** Clatterbaugh's 28 U.S.C. § 2254 petition is **DISMISSED,** and this action is **STRICKEN** from the docket of the court. Further, finding that the petitioner has failed to make the requisite substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED.**

The clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to petitioner and counsel for respondent.

**ENTER**: April 26, 2013.

s/ SAMUEL G. WILSON
UNITED STATES DISTRICT JUDGE